# United States District Court
## Violation Notice

CVB Location Code: **5U516**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6655956 | N. Smith | 2151 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 5-28-2017 / 0038 | 38 CFR 1.218 b (11) |

Place of Offense: 2002 Holcombe Blvd. Houston, TX. 77030

Offense Description: Factual Basis for Charge — HAZMAT ☐

Disorderly Conduct

**DEFENDANT INFORMATION** Phone. (

[defendant information redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 250 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 280.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)                    Original - CVB Copy

CVB SCAN JUN 05, 2017 13:11

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 28th**, 20**17** while exercising my duties as a law enforcement officer in the **Southern** District of **Texas**

I, Sgt. N. Smith was dispatched to a disturbance call in the ER Triage area. Suspect Melvin R. Bates kick ER Nurse's foot in an attempt to trip him.

(See UOR# 2017-05-28-0023)

The foregoing statement is based upon:

☐ my personal observation ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/28/2017**   **N. Smith**
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 05, 2017 3:11